**FEDERAL WAIVER OF SERVICE OF SUMMONS**

TO:   Rebecca A. Solarz
      KML Law Group, P.C.
      BNY Mellon Independence Center
      Suite 500
      701 Market Street
      Philadelphia, PA  19106-1532

          I acknowledge receipt of your request that I waive service of a summons in the
action of SEAN I. COOK, Docket number 18-00403, in the United States District Court for
the Eastern District of Pennsylvania.  I have also received a copy of this instrument, and a
means by which I can return the signed waiver to you without cost to me.

          I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I be served with judicial process in the manner
provided by Rule 4.

          I will retain all defenses or objections to the lawsuit or to the jurisdiction or
venue of the Court except for objections based on a defect in the summons or in the service of
the  summons.

          I understand that a judgment may be entered against me if an answer or motion
under Rule 12, is not served upon you within 60 days after March 2, 2018 (date request was
sent), or within 90 days after that date if the request was sent outside the Untied States.

          _____✓_____ I am not in military service of the United States.
          _____ I am presently in military service of the United States.
Branch: _____
Age: _____
Marital Status: _____
Number of Dependants:
___3/12/18_____                              _____
         Date                                                Signature

          Print/Type Name: _Sean I. Cook_____
          Address:          _226 WICKERSHAM RD_
                            _Oxford, PA 19363____