UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>SEAN I. COOK<br><br>　　　　　　　　Defendant(s) | CIVIL NO. 18-00403 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

　　　　Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )　　　Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(　)　　　Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(　)　　　Certified mail by Sheriff's Office.
(　)　　　Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(　)　　　Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(　)　　　Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(　)　　　Premises was posted by Sheriff's Office/competent adult (copy of return  attached).
(　)　　　Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(　)　　　Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BY: Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 18-00403 |
| DEFENDANT | TYPE OF PROCESS |
| SEAN I. COOK | Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEAN I. COOK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
226 Wickersham Road Oxford, PA 19363

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service*)

The Defendant is incarcerated at Chester County Prison located at 501 South Wawaset Road, West Chester, PA 19382-6776. Prison ID number is 71857, please serve the Defendant.

| Signature of Attorney other Originator requesting service behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-627-1322 | DATE 8/23/18 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process / | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date 9/21/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
SEAN COOK

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date 9-21-18   Time 1015 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy    0683

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | 41.42 | — | 41.42 | | $0.00 41.42 |

REMARKS:
76 RT miles @ .545

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Print Your Documents                                                                      Page 1 of 1

USA-BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7706-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703827274806<br>9171999991703827274806 | COOK, SEAN I.<br>226 Wickersham Road<br>Oxford, PA 19363 | <br>ERR<br>C | 2.080 | <br>1.40<br>3.45 | | | 6.93 |
| | | | | | | | |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 2.08<br>2.08 | 4.85<br>4.85 | | | 6.93<br>6.93 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____     Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)            Extra Service Codes:
                                    C       Certified
                                    ERR     Return Receipt



**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement Health and Welfare Bldg. - Room 432 P.O. Box 2675 Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF CHESTER COUNTY 117 West Gay Street PO Box 2748 West Chester, PA 19380 | | | | | | | | | | | |
| 3. | | Oxford Area Sewer Authority 14 South Third Street P.O. Box 379 Oxford, PA 19363 | | | | | | | | | | | |
| 4. | | Synchrony Bank (FNA) c/o Gregg Morris Esquire 213 East Main Street Carnegie, PA 15106 | | | | | | | | | | | |
| 5. | | Tenants / Occupants 226 Wickersham Road Oxford, PA 19363 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

USA-177616   Chester County Sale Date: 08/30/2018

SEAN I. COOK

USA - B. Augustn

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.95⁰
02 1W
0001391829 JUN. 04. 2018

USPS CONTINENTAL STATION

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                   Plaintiff<br><br>vs.<br><br>SEAN I. COOK<br><br>                                   Defendant | CIVIL NO. 18-00403 |

### AFFIDAVIT PURSUANT TO RULE 3129

    The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    226 Wickersham Road
    Oxford, PA 19363

1. Name and address of Owner(s) or Reputed Owner(s):

    SEAN I. COOK
    226 Wickersham Road
    Oxford, PA 19363

2. Name and address of Defendant(s) in the judgment:

    SEAN I. COOK
    226 Wickersham Road
    Oxford, PA 19363


3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

    PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
    Health and Welfare Bldg. - Room 432
    P.O. Box 2675
    Harrisburg, PA 17105-2675

    DOMESTIC RELATIONS OF CHESTER COUNTY
    117 West Gay Street
    PO Box 2748
    West Chester, PA 19380

    Oxford Area Sewer Authority
    14 South Third Street
    P.O. Box 379

       Oxford, PA 19363

       Synchrony Bank (FNA)
       c/o Gregg Morris Esquire
       213 East Main Street
       Carnegie, PA 15106

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

       Tenants / Occupants
       226 Wickersham Road
       Oxford, PA 19363


       I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: September 26, 2018

                                        KML Law Group, P.C.
                                        BY: Rebecca A. Solarz, Esq.
                                        Attorney for Plaintiff