

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

---

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 18-403

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 226 WICKERSHAM ROAD, OXFORD, PA 19363.

The public sale was held on OCTOBER 25, 2018 and the highest bidder was Josh Mellinger (for BP Real Estate...) who bid the amount of $ 185,000.

By: _____
Deputy U.S. Marshal
PATRICK D. ENNIS
SDUSM



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Josh Mellinger

ADDRESS: 1770 Oregon Pike

Lancaster PA 17601

PHONE (DAY): 717 327 0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP

The above is precisely how the name(s) are to appear in the deed

181,000
183,000
185,000  Winning Bid



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Casey Wells

ADDRESS: 1525 Oregon Pike Suite 801

Lancaster, Pa 17601

PHONE (DAY): (717) 951-6506

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

LU Equity Holdings, LLC

The above is precisely how the name(s) are to appear in the deed

180,000
182,000
184,000