IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | | |
| v. | : | CIVIL ACTION NO. 18-0403 |
| SEAN I. COOK | | |
| Defendant. | : | |

### ORDER

AND NOW, this 29th day of November, 2018, upon consideration of Plaintiff's Motion for Confirmation of Public Sale (ECF No. 15), which states that notice has been given to all lienholders of record in the above-captioned matter and no objection has been made to the sale within the thirty (30)-day period, it is hereby ORDERED as follows:

1. The public sale held on October 25, 2018 is hereby CONFIRMED; and,

2. The Marshal is directed to execute and deliver to BP Real Estate Investment Group LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of SEAN I. COOK in and to the premises sold located at 226 Wickersham Road, Oxford, PA 19363.

BY THE COURT:

/s/ C. Darnell Jones, II   J.